**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        Case No. 94-20075

GREGORY DOBSON,

        Defendant.
_____/

**OPINION AND ORDER DENYING DEFENDANT'S REQUEST FOR EXPUNGEMENT
AND DIRECTING THE CLERK TO FORWARD A COPY OF DOCUMENT
NUMBER 131 TO DEFENDANT**

Before the court is Defendant's request for an expungement. (ECF No. 132.) This is the second time Defendant has made such a request, the court having already denied his "Motion to Expunge" in June 2021. (ECF Nos. 129, 131.) Defendant again cites no legal authority in support of his positions. His arguments for expungement are once again rooted wholly in "equitable considerations," such as the fact that he "has been rehabilitated" since his release from prison and has "not been in any legal trouble." (ECF No. 132, PageID.15.) Similar to his first motion, Defendant highlights his desire to seek "better opportunities," including volunteering at schools. (*Id.*) But, as previously explained, the court lacks jurisdiction to consider such requests. *See United States v. Field*, 756 F.3d 911, 915 (6th Cir. 2014). Accordingly,

The court directs Defendant to the court's order dated June 23, 2021 (ECF No. 131); for the same reasons stated in the court's prior order, Defendant's "Request for Expungement" (ECF No. 132) is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court is DIRECTED to send a copy of the court's June 23, 2021 "Opinion and Order Denying Defendant's Request for Expungement" (ECF No. 131) to Defendant, along with a copy of this order.

                                              s/Robert H. Cleland                /
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: February 4, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 4, 2022, by electronic and/or ordinary mail.

                                              s/Lisa Wagner                   /
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522

S:\Cleland\Cleland\MAZ\Criminal\94-20075.DOBSON.MotiontoExpunge.MAZ.2.docx